

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00131-CV

CLYDE L. HECKERT, APPELLANT

V.

JULIA TERESA HECKERT, APPELLEE

On Appeal from the 324th District Court
Tarrant County, Texas
Trial Court No. 324-552712-14, Honorable Jerome S. Hennigan, Presiding

May 21, 2015

MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Clyde L. Heckert, filed a notice of appeal of the trial court's December 23, 2014 Order awarding appellee, Julia Teresa Heckert, $17,068.87 in damages. By letter dated March 19, 2015, Clyde was notified that the filing fee of $195 had not been paid, and failure to do so by March 30 could result in the appeal being dismissed pursuant to Texas Rule of Appellate Procedure 42.3(c). No fee having been received within the deadline, by letter dated April 17, 2015, Clyde was again advised of the outstanding filing fee and the consequences of failing to pay. This notice gave Clyde

until May 1 to pay the filing fee. Despite two notices and a reasonable time in which to comply with this Court's request, Clyde has failed to pay the filing fee. As such, this Court is authorized to dismiss this appeal. *See* TEX. R. APP. P. 42.3(c).

Consequently, this appeal is dismissed.

Per Curiam